IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**BILLY PORTER**                                                                                   **PLAINTIFF**

v.                              **CASE NO. 4:23-CV-00002-BSM**

**DEPARTMENT OF VETERANS AFFAIRS**                                         **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice, except as to Billy Porter's age discrimination claims, which are dismissed without prejudice.

IT IS SO ORDERED this 12th day of July, 2024.

_____
UNITED STATES DISTRICT JUDGE